**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT STREET, ROOM 2060**
**NEWARK, NJ 07102**

August 10, 2023

# LETTER ORDER

**Re:** **O'Garro v. City of Jersey City, et al.**
**Civil Action No. 20-5282 (KM)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Defendants shall present the proposed underlying substantive settlement of Plaintiff's claims to the appropriate City decisionmakers for approval prior to **September 30, 2023**.

2) The Court will conduct a telephone status conference with the parties on **October 4, 2023 at 12:30 PM**. Counsel for Defendants shall initiate the call. During the call, the Court will discuss with the parties how best to address/resolve the outstanding issues with regard to the fee claim of Plaintiff's attorneys.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**