UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATHENA O'GARRO, Individually and On Behalf of All Other Similarly Situated Individuals,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF JERSEY CITY and STEVEN FULOP,<br><br>*Defendants.* | Civil Action No. 2:20-cv-05282-CCC-JBC<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF THE NOTICE OF SETTLEMENT**<br><br>Hon. Claire C. Cecchi<br>Motion Day: July 15, 2024 |

PLEASE TAKE NOTICE that on July 15, 2024, Plaintiffs Athena O'Garro and Twyanna Caldwell will, and hereby do, apply to the Honorable Claire C. Cecchi, United States District Judge of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for entry of an Order: (i) granting Preliminary Approval of the proposed Settlement; (ii) certifying the Settlement Class, and appointing Plaintiffs as class representatives and appointing Plaintiffs' Counsel as class counsel ("Class Counsel") for the purposes of the Settlement; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class; and (iv) setting a hearing at which the Court will consider final approval of the Settlement.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Plaintiffs will rely on the attached Memorandum of Law; the Declaration of Lee Albert and exhibits thereto; and such

1

other papers as may be filed in support of this motion. A proposed order is submitted herewith.

Dated: June 21, 2024

                                                 Respectfully Submitted,

                                                 */s/Lee Albert*
Lee Albert (LA-8307)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite. 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lalbert@glancylaw.com

Erik H. Langeland
**ERIK H. LANGELAND, P.C.**
733 Third Avenue, 16th Floor
New York, N.Y. 10017
Telephone: (212) 354-6270
elangeland@langelandlaw.com

Jon A. Tostrud
Anthony M. Carter
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, I caused the foregoing to be filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties.

Respectfully submitted,

*/s/ Lee Albert*
Lee Albert