UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATHENA O'GARRO, Individually and On Behalf of All Other Similarly Situated Individuals,<br><br>*Plaintiff,*<br>v.<br><br>CITY OF JERSEY CITY and STEVEN FULOP,<br><br>*Defendants.* | Civil Action No. 2:20-cv-05282-CCC-JBC<br><br>**AMENDED ORDER EXTENDING THE DATES FOR THE SETTLEMENT NOTICE; OBJECTIONS: AND SCHEDULING HEARING ON FINAL APPROVAL**<br><br>Hon. Claire C. Cecchi |

WHEREAS, a class action is pending in this Court entitled *O'Garro v. City of Jersey City, et al* Civil Action No. 2:20-cv-05282-CCC-JBC-CCC-MAH (the "Action");

WHEREAS, on August 15, 2024, this Court Preliminarily Approved Notice to be disseminated to the Settlement Class (Doc. 78), specifically holding:

    a. The Court (a) approves, as to form and content, the Notice attached to the Decl. of Lee Albert, as Exhibit 6. The Court finds that the distribution of the Notice of Settlement in the manner and form set forth in the Agreement meets the requirements of due process and Federal Rules of Civil Procedure 23(c)(2) and 23(e) and is the best notice practicable under the circumstances. The Notice of Settlement apprises Settlement Class members in a fair and neutral way of the existence of the Agreement and their rights with respect to the Agreement.

    b. The Notice of Settlement shall be disseminated to the Settlement Class, substantially in the forms attached as Exhibit 6 to the Albert Decl. The

1

    short form notice shall be provided by the City by publishing a hyperlink to the same, on its website and a short form in a newspaper along with instructions on when and how to object to the settlement, after preliminary approval by the Court.

c. Within twenty (20) days after the District Court has issued the Preliminary Approval Order, the City shall cause a copy of the long form Notice of Settlement (to be drafted jointly in English and Spanish) to be posted and remain posted on the City's official website (www.jerseycitynj.gov), in an appropriate electronic format directly on the Division of Engineering, Traffic and Transportation page for four (4) consecutive weeks or up until the deadline set by the Court for objections to the settlement.

d. Any Settlement Class member may object to the proposed settlement agreement by either: (1) appearing at the Court's Final Approval Hearing and speaking to the Court about the objection; or (2) filing a written objection with the District Court and serving Class Counsel with a copy. All written objections should be filed or postmarked on or before October 3, 2024.

WHEREAS, the Long Form Notice of Settlement was not posted on the City's website in English and Spanish until September 10, 2024; and the newspaper Notice of Settlement was not posted until September 10, 2024, rather than 20 days after Preliminary Approval. In that the time to Object runs up until October 3, 2024; now

THEREFORE. In the interest of fairness, Plaintiffs propose that the Fairness Hearing now scheduled for November 20, 2024, be rescheduled so that potential objectors be permitted the time to file

and/or mail their objections within the time initially contemplated by the Court, as follows, or alternative dates at the Court's convenience (Defendants' Counsel has been contacted and has been sent this Proposed Order, but has not responded):

| Initial Dates: | NEW Dates |
|---|---|
| Posting Notice By:: 20 days after Preliminary Approval | 10 Days after Extension Approval |
| Objections By: Oct. 3, 2024 | October 30, 2024 |
| Deadline for Final Approval: Nov. 6, 2024 | Dec. 4, 2024 |
| Deadline for Fees and oppositions Nov. 6, 2024 | Dec. 4, 2024 |
| Fairness Hearing: Nov. 20, 2024 | Dec.18, 2024<br>In Courtroom 5B at 2:00 p.m. |

                                                  **By the Court:**

Date: 9/25/2024    _____
                                                  **Honorable Claire C. Cecchi**