CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

RUBY KUMAR-THOMPSON, Partner
rthompson@cgajlaw.com

Reply to: Oakland Office

November 27, 2024

**Via ECF FILING**
Hon. Claire C. Cecchi, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse, Court Room: MLK 5B
50 Walnut Street
Newark, NJ 07102

**Re: *O'Garro v. City of Jersey City, et al.***
**Civil Action No. 2:20-cv-5282 (CCC)(JBC)**

Dear Judge Cecchi:

Please be advised that this office represents the City of Jersey City in the above-captioned matter. Pursuant to the Text Order entered on October 31, 2024, please find an amended proposed order memorializing the extension to respond to Plaintiffs' Motion for fees on December 4, 2024 to be January 17, 2025 and providing for other resulting changes to the schedule as a result of the necessity, pursuant to Fed. R. Civ. P.23(e)(2)(C)(iii), for adjourning the fairness hearing that had been scheduled for December 18, 2024 to a date following the Court's decision on any award of attorneys' fees to Plaintiffs' class counsel. This office has received the consent of Plaintiffs' counsel for entry of the Order as proposed following several meet and confer discussions over the telephone and email. It is respectfully requested that the Court enter said Order upon consent and for good cause shown.

Thank you for your kind courtesies in this matter.

Respectfully submitted,

*/s/ Ruby Kumar-Thompson*
Ruby Kumar-Thompson

Encl (1)
cc: All counsel of Record (via ECF Only)

**COUNSEL LIST**

Lee Albert, Esq. (via ECF)
Glancy Prongay & Murray
230 Park Avenue
Suite 300
New York, NY 10169

Erik H. Langelad, Esq. (via ECF)
Erik H. Langeland, P.C.
733 Third avenue
16th Floor
New York, NY 10017

Jon A. Tostrud, Esq. (via ECF)
Tostrud Law Group
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Philip Adelman, Esq. (via ECF)
Jersey City Law Department
280 Grove Street
Jersey City, NJ 07302