CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

RUBY KUMAR-THOMPSON, Partner
rkumarthompson@cgajlaw.com

**Reply to: Oakland Office**

July 26, 2026

**Via Electronic Filing Only**
Hon. James B. Clark, III, U.S.M.J.
Martin Luther King US Court House Building
50 Walnut Street
Newark, NJ 07102

**Re: O'Garro v. City of Jersey City, et al.**
**Civil Action No.: 2:20-cv-5282-CCC-JBC**

Dear Judge Clark:

This firm represents Defendants the City of Jersey City and Mayor Steven M. Fulop ("Defendants"). Please accept this letter as a request to adjourn the settlement conference scheduled for July 28, 2026 to the mutually acceptable dates of September 22, September 23 or October 1, 2026. The reason for the adjournment request is due to the fact that Corporation Counsel for the City will be away this week and the parties believe that her participation will be beneficial in making progress towards a settlement.

Thank you for your Honor's courtesies with this matter.

Respectfully submitted,

*s/ Ruby Kumar-Thompson*
RUBY KUMAR-THOMPSON, ESQ.

cc: Lee Albert, Esq. (via ECF)
Erik H. Langeland, Esq. (via ECF)
Jon A. Tostrud, Esq. (via ECF)
Philip Adelman, Esq. (via ECF)